Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 17–19163–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marilyn Cobb
   6832 Brown St.
   Port Norris, NJ 08349

Social Security No.:
   xxx–xx–6131

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                7/5/17
Time:                10:00 AM
Location:            4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: May 18, 2017
JAN: kvr

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                              Case No. 17-19163-JNP
Marilyn Cobb                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0312-1         User: admin              Page 1 of 2           Date Rcvd: May 18, 2017
                             Form ID: 132             Total Noticed: 23
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 20, 2017.
db             +Marilyn Cobb,    6832 Brown St.,    Port Norris, NJ 08349-3206
516807149      +Atlantic Orthopedic & Sports PT,    PO Box 83,    Hammonton, NJ 08037-0083
516807151      +Blue Trust Loans,    PO Box 1754,    Hayward, WI 54843-1754
516807152      +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
516807153      +Chase Bank,    PO Box 15298,    Wilmington, DE 19850-5298
516807154      +Comenity Bank,    P.O. Box 182789,    Columbus, OH 43218-2789
516807156       Finger Hut,    PO Box 166,    Newark, NJ 07101-0166
516807157      +Healthcare Soultions,    PO Box 9521,    Buffalo, NY 14226-9521
516807159       IRS,    PO Box 725,    Special Procedures Function,    Springfield, NJ 7081
516807161      +KML Law Group, PC,    216 Haddon Ave, Ste 406,    Collingswood, NJ 08108-2812
516807164       Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
                 Trenton, NJ 08625-0112
516807169     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   State Of New Jersey,    P.O. Box 245,
                 Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)
516807167      +Seventh Ave,    1112 7th Ave,    Monroe, WI 53566-1364
516807168       State Of New Jersey,    PO Box 951,    Dept Of Labor And Workforce Development,
                 Trenton, NJ 08625-0951

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 18 2017 22:17:59    U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 18 2017 22:17:55    United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516807155      +E-mail/PDF: creditonebknotifications@resurgent.com May 18 2017 22:19:40    Credit One Bank,
                 PO BOX 98873,    Las Vegas, NV 89193-8873
516807158       E-mail/Text: cio.bncmail@irs.gov May 18 2017 22:17:25    IRS,    PO Box 744,
                 Springfield, NJ 07081-0744
516807162      +E-mail/Text: bankruptcydpt@mcmcg.com May 18 2017 22:17:55    Midland Funding,
                 8875 Aero Dr, Ste 200,    San Diego, CA 92123-2255
516807163      +E-mail/Text: bankruptcydepartment@tsico.com May 18 2017 22:18:32    NCO Financial,
                 PO Box 15273,    Wilmington, DE 19850-5273
516807165       E-mail/Text: peritus@ebn.phinsolutions.com May 18 2017 22:18:41    Peritus Portfolio Services,
                 PO Box 141419,    Irving, TX 75014
516818324       E-mail/Text: bnc-quantum@quantum3group.com May 18 2017 22:17:47
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA 98083-0788
516807166      +E-mail/Text: bkrpt@retrievalmasters.com May 18 2017 22:17:55
                 Retrieval Masters Creditors Bureau Inc,    4 Westchester Plaza Suite 110,
                 Elmsford, NY 10523-1616
                                                                                            TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516807160*      +Irs,    P.O. Box 7346,    Philadelphia, PA 19101-7346
516807150      ##+Bank Of America,    P.O.Box 17054,    Wilmington, DE 19850-7054
                                                                                   TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2017                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-1         User: admin              Page 2 of 2              Date Rcvd: May 18, 2017
                             Form ID: 132             Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 18, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Seymour   Wasserstrum    on behalf of Debtor Marilyn   Cobb mylawyer7@aol.com,
               ecf@seymourlaw.net;r47769@notify.bestcase.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 4
```