Case 17-19163-JNP Doc 25-3 Filed 10/25/17 Entered 10/25/17 Desc
Proposed Order Page 1 of 4

**Order Filed on November 9, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Seymour Wasserstrum
LAW OFFICES OF SEYMOUR WASSERSTRUM
205 W. Landis Ave.
Vineland, NJ 08360
Phone: (856) 696-8300
Fax: (856) 696-6962
Attorney for Debtor(s)

In Re:

  **Marilyn Cobb**

Case No      **17-19163**

Chapter:      13

Adv. No.:      N/A

Hearing Date: 11/14/2017 @ 10:00 a.m.

Judge:      JNP

## ORDER TO APPROVE LOAN MODIFICATION WITH SETERUS

The relief set forth on the following pages, numbered three (3) is hereby ORDERED.

**DATED: November 9, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
**Debtors: Marilyn Cobb**
**Case No: 17-19163-JNP**
**Caption of Order:** Order to Approve Loan Modification of Debtors with Bank of America,
N.A.

Upon consideration of Marilyn Cobb application for an order to approve a loan
modification with Seterus and good cause appearing therefore, it is hereby

**ORDERED** that the Debtors are permitted to proceed with a loan modification Bank of America

**IT IS FURTHER ORDERED** Communication and/or negotiations between debtors and
mortgagees/mortgage servicers about loan modification shall not be deemed as violation of the
automatic stay; and any such communication or negotiation shall not be used by either party
against other in any subsequent litigation.

**IT IS FURTHER ORDERED** that in the event a loan modification is completed and
pre-petition arrears are capitalized into the loan, secured creditor shall amend the arrearage
portion of its proof of claim to reflect the amount already paid by the Chapter 13 Trustee within
thirty (30) days of the completion of the loan modification; and

**IT IS FURTHER ORDERED** that the Chapter 13 Trustee shall suspend disbursements
to secured creditor pending completion of the loan modification and all money that would
otherwise be paid to the secured creditor be held until the claim is withdrawn or amended or the
Trustee is notified by secured creditor that the modification was not consummated; and

**IT IS FURTHER ORDERED** that in the event the modification is not consummated;
the secured creditor shall notify the Trustee and debtors' attorney of same. Any money that was

held by the Trustee pending the completion of the modification shall then be paid to secured

creditor; and

**(Page 3)**

**Debtors: Marilyn Cobb**

**Case No: 17-19163-JNP**

**Caption of Order:** Order to Approve Loan Modification of Debtors with Bank of America

---

**IT IS FURTHER ORDERED** that in the event the Proof of Claim is withdrawn or

amends the arrearage portion the claim to zero (0), the Trustee may disburse funds being held

pursuant to this Order to other creditors in accordance with the provisions of the confirmed plan;

and

**IT IS FURTHER ORDERED** that Debtors shall file an Amended Schedule J and

Modified Plan within fourteen (14) days of this Order.

**IT IS FURTHER ORDERED** that Debtors shall provide the Trustee with an executed

copy of the Loan Agreement upon completion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                         Case No. 17-19163-JNP
Marilyn Cobb                                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin            Page 1 of 1            Date Rcvd: Nov 09, 2017
                                Form ID: pdf903        Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 11, 2017.
db              +Marilyn Cobb,    6832 Brown St.,    Port Norris, NJ 08349-3206

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                 TOTAL: 0


            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Seymour  Wasserstrum   on behalf of Debtor Marilyn  Cobb mylawyer7@aol.com,  ecf@seymourlaw.net
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                       TOTAL: 5