Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–19163–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Marilyn Cobb
  6832 Brown St.
  Port Norris, NJ 08349

Social Security No.:
  xxx–xx–6131

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 18, 2017.

On 11/21/2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:                December 20, 2017
Time:                 10:00 AM
Location:             4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: November 22, 2017
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-19163-JNP
Marilyn Cobb                                                    Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin              Page 1 of 2           Date Rcvd: Nov 22, 2017
                            Form ID: 185             Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2017.
```
db          +Marilyn Cobb,    6832 Brown St.,    Port Norris, NJ 08349-3206
516807149   +Atlantic Orthopedic & Sports PT,    PO Box 83,   Hammonton, NJ 08037-0083
516807150   +Bank Of America,    P.O.Box 17054,   Wilmington, DE 19850-7054
516947421    Bank of America, N.A.,    P.O. Box 31785,   Tampa, FL 33631-3785
516807151   +Blue Trust Loans,    PO Box 1754,   Hayward, WI 54843-1754
516807152   +Capital One,    PO Box 30281,   Salt Lake, UT 84130-0281
516807153   +Chase Bank,    PO Box 15298,   Wilmington, DE 19850-5298
516807154   +Comenity Bank,    P.O. Box 182789,   Columbus, OH 43218-2789
516807157   +Healthcare Soultions,    PO Box 9521,   Buffalo, NY 14226-9521
516807159    IRS,   PO Box 725,    Special Procedures Function,    Springfield, NJ 7081
516807161   +KML Law Group, PC,    216 Haddon Ave, Ste 406,    Collingswood, NJ 08108-2812
516807164    Office Of Attorney General,    25 Market Street, PO Box 112,   Richard J Hughes Justice Complex,
              Trenton, NJ 08625-0112
516807169   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court:   State Of New Jersey,    P.O. Box 245,
              Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)
516807167   +Seventh Ave,    1112 7th Ave,   Monroe, WI 53566-1364
516895246   +Seventh Avenue,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,   Dallas, TX 75380-0849
516807168    State Of New Jersey,    PO Box 951,   Dept Of Labor And Workforce Development,
              Trenton, NJ 08625-0951

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Nov 22 2017 22:41:42     U.S. Attorney,    970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 22 2017 22:41:40     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
516807155   +E-mail/PDF: creditonebknotifications@resurgent.com Nov 22 2017 22:49:26     Credit One Bank,
              PO BOX 98873,   Las Vegas, NV 89193-8873
516807156    E-mail/Text: bnc-bluestem@quantum3group.com Nov 22 2017 22:42:19     Finger Hut,   PO Box 166,
              Newark, NJ 07101-0166
516807158    E-mail/Text: cio.bncmail@irs.gov Nov 22 2017 22:41:15     IRS,   PO Box 744,
              Springfield, NJ 07081-0744
516924674    E-mail/PDF: resurgentbknotifications@resurgent.com Nov 22 2017 22:49:57     LVNV Funding LLC,
              c/o Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
516807162   +E-mail/Text: bankruptcydpt@mcmcg.com Nov 22 2017 22:41:39     Midland Funding,
              8875 Aero Dr, Ste 200,    San Diego, CA 92123-2255
516807163   +E-mail/Text: bankruptcydepartment@tsico.com Nov 22 2017 22:42:26     NCO Financial,
              PO Box 15273,   Wilmington, DE 19850-5273
516807165    E-mail/Text: peritus@ebn.phinsolutions.com Nov 22 2017 22:42:39     Peritus Portfolio Services,
              PO Box 141419,   Irving, TX 75014
516871160    E-mail/Text: peritus@ebn.phinsolutions.com Nov 22 2017 22:42:39
              PERITUS PORTFOLIO SERVICES/NCEP,    PO BOX 141419,   IRVING, TX  75014-1419
517038032    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 22 2017 22:49:45
              Portfolio Recovery Associates, LLC,    c/o Capital One,   POB 41067,   Norfolk VA 23541
517038033    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 22 2017 22:49:28
              Portfolio Recovery Associates, LLC,    c/o Capital One/Hsbc,   POB 41067,   Norfolk VA 23541
516818324    E-mail/Text: bnc-quantum@quantum3group.com Nov 22 2017 22:41:35
              Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
516807166   +E-mail/Text: bkrpt@retrievalmasters.com Nov 22 2017 22:41:39
              Retrieval Masters Creditors Bureau Inc,    4 Westchester Plaza Suite 110,
              Elmsford, NY 10523-1616
516807167   +E-mail/Text: bankruptcy@sccompanies.com Nov 22 2017 22:42:45     Seventh Ave,    1112 7th Ave,
              Monroe, WI 53566-1364
                                                                                              TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516807160*  +Irs,   P.O. Box 7346,   Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1           User: admin              Page 2 of 2                   Date Rcvd: Nov 22, 2017
                               Form ID: 185             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Seymour  Wasserstrum    on behalf of Debtor Marilyn  Cobb mylawyer7@aol.com, ecf@seymourlaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5
```