*Office of the Chapter 13 Standing Trustee*

**Isabel C. Balboa, Chapter 13 Standing Trustee†**

| | |
|---|---|
| *Jane L. McDonald, Counsel* | *Kelleen E. Stanley\** |
| *Raymond H. Shockley, Jr. Staff Attorney* | *Jennie P. Archer\** |
| *Jennifer R. Gorchow, Staff Attorney* | *Jenai M. Cerquoni\** |
| | *\*Certified Bankruptcy Assistant* |
| | *†Fellow, American College of Bankruptcy* |

January 8, 2018

The Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

RE:    Chapter 13 Bankruptcy
        Debtor(s) Name:    Marilyn Cobb
        Case No:    17-19163   JNP
        Hearing Date:    N/A

Dear Judge Poslusny:

    Please accept this letter as a response to Debtor(s)' Motion/Application filed on December 28, 2017.

    The Trustee wishes to correct Mr. Wasserstrum's Certification in Support of his supplemental fee. Mr. Wasserstrum's certification states that he has applied for fees (including original retainer) in the amount of $2,960.00 in this case and has been paid $1,548.96. However, pursuant to the attorney disclosure statement filed on May 15, 2017, Mr. Wasserstrum have agreed to accept $3,500.00.

    However, the Trustee does not oppose Mr. Wasserstrum's request for the amount of $800.00 in his current fee application.

    As always, the Court is welcome to contact the Trustee with any questions.

    Respectfully submitted,

    *OFFICE OF THE CHAPTER 13*
    *STANDING TRUSTEE*

    */s/ Isabel C. Balboa*

    **ISABEL C. BALBOA**
    Chapter 13 Standing Trustee

ICB:lka

c:    Seymour Wasserstrum, Esquire   (Debtor(s)' Counsel)   (via Electronic Case Filing / ECF)
    Marilyn Cobb   (Debtor)   (via First Class Mail)

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Payments Only:

P.O. Box 1978
Memphis, TN 38101-1978