Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–19163–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marilyn Cobb
   6832 Brown St.
   Port Norris, NJ 08349

Social Security No.:
   xxx–xx–6131

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:            September 10, 2019
Time:            10:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*55* – Certification in Opposition to (related document:54 Creditor's Certification of Default (related document:46 Order on Motion For Relief From Stay) filed by Elizabeth K. Holdren on behalf of Carrington Mortgage Services, LLC. Objection deadline is 08/16/2019. (Attachments: # 1 Order # 2 Certificate of Service) filed by Creditor Carrington Mortgage Services, LLC) filed by Seymour Wasserstrum on behalf of Marilyn Cobb. (Wasserstrum, Seymour)

and transact such other business as may properly come before the meeting.


Dated: August 19, 2019
JAN: jpl

                                                    Jeanne Naughton
                                                    Clerk