UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-1(b)**

**HILL WALLACK LLP**
Elizabeth K. Holdren, Esq.
21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543
Phone: 609-924-0808
Email: eholdren@hillwallack.com
*Attorneys for Carrington Mortgage Services, LLC*

In Re:


Marilyn Cobb


              Debtor.

**Order Filed on October 4, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

Chapter: 13

Case No.: 17-19163-JNP

Hearing Date: September 10, 2019

Judge: Jerrold N. Poslusny, Jr., U.S.B.J.

### ORDER RESOLVING MOTION TO VACATE STAY

The relief set forth on the following pages, numbered two (2) through three (3), is hereby
**ORDERED**.

**DATED: October 4, 2019**

_____

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Page | 2**
Debtor: Marilyn Cobb
Case No: 17-19163-JNP
Caption: Order Resolving Motion to Vacate Stay

| | |
|---|---|
| Applicant: | Carrington Mortgage Services, LLC ("Secured Creditor") |
| Applicant's Counsel: | Hill Wallack LLP |
| Debtor's Counsel: | Seymour Wasserstrum, Esq. |
| Property Involved ("Collateral"): | 6832 Brown Street, Port Norris, NJ 08349 |

Relief sought:

✓ Motion for relief from the automatic stay
   Motion to dismiss
   Motion for prospective relief to prevent imposition of automatic stay
   against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   - The Debtor is overdue for 7 months, from 03/01/2019 to 09/01/2019.

   - The Debtor is overdue for 7 payments at $932.25 per month.

   - The Debtor is overdue for 2 months, from 03/01/2019 to 04/01/2019.

   - The Debtor is overdue for 2 stip payments at $879.69 per month.

   - The Debtor is overdue for 1 month, from 05/01/2019 to 05/01/2019.

   - The Debtor is overdue for 1 stip payment at $879.68 per month

   - Less Funds held in debtor(s) suspense $1.06

   Total Arrearages Due $9,163.75.

2. Debtor must cure all post-petition arrearages, as follows:

   - Beginning on October 1, 2019, regular monthly mortgage payments shall continue to be made in the amount $932.25.

   - Beginning on October 1, 2019, additional monthly cure payments shall be made in the amount of $1,527.29 for 5 months.

   - Beginning on March 1, 2019, additional monthly cure payments shall be made in the amount of $1,527.30 for 1 month.

**Page | 3**
Debtor: Marilyn Cobb
Case No: 17-19163-JNP
Caption: Order Resolving Motion to Vacate Stay

    3.  Payments to the Secured Creditor shall be made to the following address(es):

✓ Immediate payment:        Carrington Mortgage Services, LLC
                                1600 South Douglass Road, Suite 200-A
                                Anaheim, CA 92806

✓ Regular monthly payment:    Carrington Mortgage Services, LLC
                                1600 South Douglass Road, Suite 200-A
                                Anaheim, CA 92806

✓ Monthly cure payment:    Carrington Mortgage Services, LLC
                                1600 South Douglass Road, Suite 200-A
                                Anaheim, CA 92806

4.  In the event of Default:

    If the Debtors fail to make the immediate payment specified above timely (with no grace period) or fail to make any regular monthly payment or any additional monthly cure payment within fifteen (15) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtors' failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and the Debtors' attorney.

5.  Award of Attorneys' Fees:

✓ The Applicant is awarded attorney's fees of $200.00.

✓ The fees and costs are payable through the Chapter 13 plan.