Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–19163–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Marilyn Cobb
    6832 Brown St.
    Port Norris, NJ 08349

Social Security No.:
    xxx–xx–6131

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/6/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 6, 2019
JAN: kvr

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                   Case No. 17-19163-JNP
Marilyn Cobb                                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Nov 06, 2019
                              Form ID: 148             Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2019.
```
db              +Marilyn Cobb,    6832 Brown St.,     Port Norris, NJ 08349-3206
516807149       +Atlantic Orthopedic & Sports PT,    PO Box 83,    Hammonton, NJ 08037-0083
516807151       +Blue Trust Loans,    PO Box 1754,    Hayward, WI 54843-1754
517823174       +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806,
                 Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
517823173       +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
516807157       +Healthcare Soultions,    PO Box 9521,    Buffalo, NY 14226-9521
516807161       +KML Law Group, PC,    216 Haddon Ave, Ste 406,    Collingswood, NJ 08108-2812
516807164        Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
                 Trenton, NJ 08625-0112
516807169      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:     State Of New Jersey,    P.O. Box 245,
                 Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)
516807168        State Of New Jersey,    PO Box 951,    Dept Of Labor And Workforce Development,
                 Trenton, NJ 08625-0951
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Nov 06 2019 23:53:31      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 06 2019 23:53:28      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516807150       +EDI: BANKAMER2.COM Nov 07 2019 04:18:00      Bank Of America,    P.O.Box 17054,
                 Wilmington, DE 19850-7054
516947421        EDI: BANKAMER.COM Nov 07 2019 04:18:00      Bank of America, N.A.,    P.O. Box 31785,
                 Tampa, FL 33631-3785
516807152       +EDI: CAPITALONE.COM Nov 07 2019 04:18:00      Capital One,    PO Box 30281,
                 Salt Lake, UT 84130-0281
516807153       +EDI: CHASE.COM Nov 07 2019 04:18:00      Chase Bank,    PO Box 15298,    Wilmington, DE 19850-5298
516807154       +EDI: WFNNB.COM Nov 07 2019 04:18:00      Comenity Bank,    P.O. Box 182789,
                 Columbus, OH 43218-2789
516807155       +E-mail/PDF: creditonebknotifications@resurgent.com Nov 07 2019 00:06:31      Credit One Bank,
                 PO BOX 98873,    Las Vegas, NV 89193-8873
516807156        EDI: BLUESTEM Nov 07 2019 04:18:00      Finger Hut,    PO Box 166,    Newark, NJ 07101-0166
516807159        EDI: IRS.COM Nov 07 2019 04:18:00      IRS,    PO Box 725,    Special Procedures Function,
                 Springfield, NJ 7081
516924674        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 07 2019 00:06:44      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516807162       +EDI: MID8.COM Nov 07 2019 04:18:00      Midland Funding,    8875 Aero Dr, Ste 200,
                 San Diego, CA 92123-2255
516807163       +E-mail/Text: bankruptcydepartment@tsico.com Nov 06 2019 23:54:04      NCO Financial,
                 PO Box 15273,    Wilmington, DE 19850-5273
516807165        E-mail/Text: peritus@ebn.phinsolutions.com Nov 06 2019 23:54:13      Peritus Portfolio Services,
                 PO Box 141419,    Irving, TX 75014
516871160        E-mail/Text: peritus@ebn.phinsolutions.com Nov 06 2019 23:54:13
                 PERITUS PORTFOLIO SERVICES/NCEP,    PO BOX 141419,    IRVING, TX 75014-1419
517038032        EDI: PRA.COM Nov 07 2019 04:18:00      Portfolio Recovery Associates, LLC,    c/o Capital One,
                 POB 41067,    Norfolk VA 23541
517038033        EDI: PRA.COM Nov 07 2019 04:18:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One/Hsbc,    POB 41067,    Norfolk VA 23541
516818324        EDI: Q3G.COM Nov 07 2019 04:18:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
516807166       +EDI: RMCB.COM Nov 07 2019 04:18:00      Retrieval Masters Creditors Bureau Inc,
                 4 Westchester Plaza Suite 110,    Elmsford, NY 10523-1616
516807167       +EDI: CBS7AVE Nov 07 2019 04:18:00      Seventh Ave,    1112 7th Ave,    Monroe, WI 53566-1364
516895246       +EDI: CBS7AVE Nov 07 2019 04:18:00      Seventh Avenue,    c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,    Dallas, TX 75380-0849
                                                                                                TOTAL: 21

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516807158*       IRS,   PO Box 744,    Springfield, NJ 07081-0744
516807160*      +Irs,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                               TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Nov 06, 2019
                              Form ID: 148             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Elizabeth K. Holdren    on behalf of Creditor    Carrington Mortgage Services, LLC
               eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Seymour   Wasserstrum    on behalf of Debtor Marilyn   Cobb mylawyer7@aol.com, ecf@seymourlaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 6
```